IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SYDNEY L. McCRAY,
    Plaintiff,

vs.                              Case No. 3:06cv371/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 16, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of September, 2007.

                                      s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**